# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D18-3424

———————————————

LUTHER WOODS,

    Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Appellee.

———————————————

On appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

October 10, 2019

PER CURIAM.

    AFFIRMED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Luther Woods, pro se, Appellant.

Ashley Moody, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.